IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | NO.  18-184 |
| | : | |
| ROBERT BROWN | : | |

# ORDER

**AND NOW**, this 27th day of October 2021, upon considering the pro se Petition (ECF Doc.

No. 56), the United States' Response (ECF Doc. No. 58), and for reasons in the accompanying

Memorandum, it is **ORDERED**:

1. We **DENY** the Petition for habeas relief (ECF Doc. No. 56);

2. We find no need for an evidentiary hearing;

3. We **DENY** a certificate of appealability;[1] and,

4. The Clerk of Court shall **close** this case.

_____
**KEARNEY, J.**

---

[1] *See* 28 U.S.C. § 2253(c)(2); *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).